**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DANIEL,** ) | Case No. 4:10-cv-04211-DMR |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **NATIONAL CREDIT AUDIT** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 5th day of May, 2011.

>   By: s/Todd M. Friedman
>       TODD M. FRIEDMAN
>       Law Offices of Todd M. Friedman, P.C.
>       Attorney for Plaintiff

Notice of Settlement - 1

1
2  Filed electronically on this 5th day of May, 2011, with:
3  United States District Court CM/ECF system
4
   Notification sent electronically via the Court's ECF system to:
5
6  Honorable Donna M. Ryu
   United States District Court
7  Northern District of California
8
   Susan L. Germaise
9  McGuireWoods LLP
   1800 Century Park East
10 8th Floor
11 Los Angeles, CA 90067
12 This 5th day of May, 2011.
13
   s/Todd M. Friedman
14 Todd M. Friedman
15
16
17
18
19
20
21
22
23
24
25
26
27
28