**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DANIEL,                                    No. C-10-04211- DMR

        Plaintiff(s),                      **ORDER OF DISMISSAL**

     v.

N A T I O N A L   C R E D I T   A U D I T
CORPORATION,

        Defendant(s).
_____/

     The Court having been advised that the parties have agreed to a settlement of this case,

     IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

provided, however, that if any party hereto shall certify to this Court, within **ninety (90) days**, with

proof of service of a copy thereon to opposing counsel, that the agreed consideration for said

settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall

forthwith be restored to the calendar to be set for trial.  All further dates are vacated.

     IT IS SO ORDERED.

Dated:  May 16, 2011

                                   _____
                                   DONNA M. RYU
                                   United States Magistrate Judge